714

## Commonwealth v. Johnson, Appellant.

Submitted September 11, 1972. *Eugene H. Clarke, Jr.,* for appellant; *Robyn Greene* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Jordan, Appellant.

Argued September 20, 1972. *Kalvin Kahn,* for appellant; *Melvine Dildine,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.